IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR63 |
| vs. | ) | |
| | ) | ORDER |
| JUAN SILVA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for leave to file pretrial motions out of time (Doc. 31) and motion to continue trial (Doc. 30). Upon review of the record, the court finds that both motions should be denied.

**IT IS ORDERED** that defendant's Motion to Continue Trial (Doc. 30) and Motion for Leave to File Pretrial Motions Out of Time (Doc. 31) are denied. The trial of this matter remains scheduled for June 2, 2009.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **May 21, 2009.**

**DATED May 18, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**