IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No: 8:09CR63 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUAN P. SILVA, | ) | |
| | ) | |
| Defendant. | | |

Before the court is defendant's Motion for Discovery and Request for Hearing [42] filed on July 15, 2009.  The government filed a Response to Defense Motion for Discovery and Request for Hearing [46] on July 15, 2009.   The government informs the court that the items that the defendant has requested are being provided, will be provided by July 31, 2009 or do not exist.   Therefore,

IT IS ORDERED:

1. The defendant's Motion for Discovery and Request for Hearing [42] is denied in part and granted in part.

2. Defendant's request for a hearing is denied.

3. The government shall provide the available requested discovery to the defendant on or before July 31, 2009.   If the materials are not timely produced, the defendant may refile his motion.


BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge