## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR63** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **JUAN P. SILVA,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to continue trial (Filing No. 62).

IT IS ORDERED that the Defendant's unopposed motion to continue trial (Filing No. 62) is denied.

DATED this 24th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge