# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN P. SILVA<br><br>    Defendant. | 8:09CR63<br><br>ORDER |

The government has filed a Motion to Dismiss [Filing No. 161] the Petition for Offender Under Supervision [Filing No. 148]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Petition for Offender Under Supervision [Filing No. 148], filed herein, is dismissed, without prejudice.

Dated this 4th day of June 2019.

              BY THE COURT:

              s/Laurie Smith Camp
              Laurie Smith Camp
              Senior United States District Judge